*Page 1 of 2*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD A. NEAL,

    Petitioner,

v.                                       CASE NO. 5:05-cv-00120-SPM-AK

JAMES V. CROSBY,

    Respondent.
_____/

## **O R D E R**

      This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis* by Richard A. Neal.  A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month.  Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

      Accordingly, it is **ORDERED**:

      1.  Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

      2.  Petitioner shall have until **July 28, 2005**, to submit the $5.00 filing fee to the Clerk of Court.

Dockets.Justia.com

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this 28th day of June, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**