IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD A. NEAL,

    Petitioner,

v.                                      CASE NO. 5:05-cv-00120-SPM-AK

JAMES V. CROSBY,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis* by Richard A. Neal. A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **July 28, 2005**, to submit the $5.00 filing fee to the Clerk of Court.

3.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this 28th day of June, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**
