IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICHARD NEAL,**

    Petitioner,

vs.                                       5:05-CV-120-SPM

**JAMES McDONOUGH,**[1]

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 19) dated December 18, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 19) is

---

[1] James R. McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent. *See* Fed. R. Civ. P. 25(d)(1).

adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1) is hereby *denied* with prejudice.

3.  This case is *dismissed*, and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>eighteenth</u> day of January, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge